44 So.2d 33

**Theodis DAVIS v. STATE.**

**6 Div. 882.**

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Transporting.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

49 So.2d 925

**Ellen DILLARD v. STATE.**

**6 Div. 59.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

44 So.2d 910

**Edward DOBBINS v. STATE.**

**8 Div. 836.**

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Jackson County Court; J. K. Thompson, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 910

**Lonnie DOBBINS v. STATE.**

**7 Div. 37.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

47 So.2d 921

**Ethel Smith DONALD (formerly Ethel Smith) v. STATE.**

**3 Div. 922.**

Court of Appeals of Alabama.
Aug. 8, 1950.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

O. C. Maner, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

47 So.2d 921

**Floyd DONEGAN v. STATE.**

**6 Div. 944.**

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Grand larceny.